No. 99–5696.  IN RE ROSS;

No. 99–5853.  IN RE MCCOWIN;

No. 99–5974.  IN RE STONE; and

No. 99–6055.  IN RE BREWER.  Petitions for writs of habeas corpus denied.

No. 98–2048.  IN RE WALKER;

No. 98–9171.  IN RE JOHNSON;

No. 98–9311.  IN RE PROCTOR;

No. 98–9335.  IN RE NICHOLSON-EL;

No. 98–9428.  IN RE WATKIS;

No. 98–9503.  IN RE WARREN;

No. 98–9766.  IN RE OGUNDE;

No. 98–9845.  IN RE TUCKER;

No. 98–9917.  IN RE ANDERSON;

No. 98–9926.  IN RE PROCTOR;

No. 99–57.  IN RE FALLIN ET AL.;

No. 99–5028.  IN RE ROY;

No. 99–5092.  IN RE FARRELL;

No. 99–5135.  IN RE FRANCIS;

No. 99–5336.  IN RE GRADY;

No. 99–5343.  IN RE BRANNAN;

No. 99–5383.  IN RE SANTO-GARCIA;

No. 99–5408.  IN RE BEAN;

No. 99–5410.  IN RE MAXWELL;

No. 99–5474.  IN RE BARTEL; and

No. 99–5549.  IN RE WALLACE.  Petitions for writs of mandamus denied.

No. 98–2037.  IN RE JACKSON; and

No. 99–5592.  IN RE WOODY.  Petitions for writs of mandamus and/or prohibition denied.

No. 99–150.  WAL-MART STORES, INC. v. SAMARA BROTHERS, INC.  C. A. 2d Cir.  Certiorari granted limited to the following question: "What must be shown to establish that a product's design is inherently distinctive for purposes of Lanham Act trade-dress protection?"  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 18, 1999.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Mon-